UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHTYAR MOHAMMAD AHAMADKHIL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FACILITY ADMINISTRATOR OF CALIFORNIA CITY CORRECTIONS CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-02139-DAD-EFB<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS</u><br><br>(Doc. No. 8) |

Petitioner Akhtyar Mohammad Ahamadkhil is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 8.) Specifically, the magistrate judge found that because petitioner was previously released by immigration authorities, his detention without pre-deprivation notice and a hearing violated the Due Process Clause. (*Id.* at 2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 3.)

On July 2, 2026, respondents filed objections to the pending findings and recommendations. (Doc. No. 9.) Therein, respondents merely "generally object to the findings and recommendations" and concede that § 1225(b) does not apply to petitioner because, subsequent to petitioner being detained, he was granted asylum and that grant was not appealed. (*Id.* at 1.) These objections provide no basis upon which to reject the pending findings and objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including respondents' objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons explained above,

1. The findings and recommendations issued on June 26, 2026 (Doc. No. 8) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Akhtyar Mohammad Ahamadkhil, A-File No. not provided, from respondents' custody;
    b. At the time of his release, respondents are REQUIRED to return all of petitioner's documents and possessions in their custody and control;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, except in the specific circumstance where respondents have an administrative warrant and probable cause exists for believing petitioner has committed a qualifying criminal offense;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

/////

4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and CLOSE this case.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE